MANDY G. LEIGH (SBN 225748)
JAY T. JAMBECK (SBN 226018)
Leigh Law Group
870 Market Street, Suite 1161
San Francisco, CA 94102
Telephone: (415) 399-9155
Facsimile: (415) 399-9608
Email: mleigh@leighlawgroup.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASIL PAPAGEORGE,<br><br>  Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES; THE STATE OF CALIFORNIA, DEPARTMENT OF SOCIAL SERVICES,<br><br>  Defendants. | **Case No. 4:11-00492-PJH**<br><br>**ORDER GRANTING CONTIUNANCE OF HEARING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

The parties have filed a stipulation to continue the date for a hearing on a Motion for a Temporary Restraining Order filed by the Plaintiff. Based on said stipulation, the Court hereby continues the hearing on the Motion for a Temporary Restraining Order to March 16, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

3/1/11

**PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE**

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1
**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION
FOR A TEMPORARY RESTRAINING ORDER
Case No. 4:11-00492-PJH**

e