1  MANDY G. LEIGH (SBN 225748)
   JAY T. JAMBECK (SBN 226018)
2  Leigh Law Group
   870 Market Street, Suite 1161
3  San Francisco, CA 94102
   Telephone: (415) 399-9155
4  Facsimile: (415) 399-9608
   Email: mleigh@leighlawgroup.com
5

6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| BASIL PAPAGEORGE, | **Case No. 4:11-00492-PJH** |
|---|---|
| Plaintiff, | **SECOND STIPULATION TO CONTINUE HEARING ON PLAINTIFF, BASIL PAPAGEORGE'S MOTION FOR A TEMPORARY RESTRAINING ORDER** AND ORDER |
| vs. | |
| LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES; THE STATE OF CALIFORNIA, DEPARTMENT OF SOCIAL SERVICES, | |
| Defendants. | |

Plaintiff, BASIL PAPAGEORGE, Defendant, LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, and Defendant CALIFORNIA DEPARTMENT OF SOCIAL SERVICES erroneously sued as THE STATE OF CALIFORNIA, DEPARTMENT OF SOCIAL SERVICES hereby file this stipulation to continue the hearing upon Plaintiff, BASIL PAPAGEORGE's Motion for a Temporary Restraining order seeking to enjoin Defendants to resume payments to Plaintiff for In-Home Support Services.

The parties are seeking a continuance because they are making good faith attempts to immediately resolve the issues giving rise to Plaintiff's request for injunctive relief. The parties have made significant progress in resolving the issue giving rise to the need for a temporary

e

1  restraining order and are optimistic that the hearing will be taken off calendar shortly.

2      The parties request a hearing date of March 25, 2011, or such other time as the Court

3  orders, with the exception of March 30, 2011. The hearing date is continued to April 6, 2011 at 9:00 a.m.

5      Respectfully submitted,

7                                                LEIGH LAW GROUP
8  DATED: March 14, 2011                /s/ Mandy Leigh
                                              Mandy Leigh
                                              Attorney for Plaintiff, Basil Papageorge

11 DATED: March 14, 2011                CALIFORNIA ATTORNEY GENERAL

12                                               /s/ Joshua Sondheimer

                                              _____
13                                               Joshua Sondheimer, Deputy Attorney General
14                                               Attorney for Defendant California Department of Social Services

16 DATED: March 14, 2011                TORRES & BRENNER

17                                               /s/ Anita Brenner

                                              _____
18                                               Anita Brenner
                                              Attorney for Los Angeles County

23      3/15/11

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2
**STIPULATION**
**Case No. 4:11-00492-PJH**

e