1 | Lauren M. Black, Esq., SBN 192302,
Principal Deputy County Counsel,
2 | Office of the County Counsel of Los Angeles
500 West Temple Avenue
3 | Los Angeles, CA 90012
(213) 974-0695
4 | lblack@counsel.lacounty.gov

5 | Anita Susan Brenner, Esq., SBN 58741,
Law Offices of Torres & Brenner
6 | 301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
7 | (626) 792-3175
info@torresbrenner.com
8

9 | **Attorneys for** Defendant County of Los Angeles, a public entity, erroneously sued as "Los Angeles County Department of Public Social Services"
10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13
14 | BASIL PAPAGEORGE,                          ) Case No. 4:11-cv-00492 PJH
15 |        Plaintiff,                         ) (Honorable Phyllis J. Hamilton, United
                                               ) States District Judge)
16 | vs.                                       )
                                               ) DEFENDANT COUNTY OF LOS
17 | LOS ANGELES COUNTY                        ) ANGELES' STIPULATION AND
     DEPARTMENT OF PUBLIC SOCIAL               ) REQUEST FOR AN ORDER
18 | SERVICES; THE STATE OF                    ) APPROVING SUBSTITUTION OF
     CALIFORNIA DEPARTMENT OF                  ) COUNSEL
19 | SOCIAL SERVICES,                          )
                                               )
20 |        Defendants.                        )

21

22
            Defendant County of Los Angeles, a public entity, ("County") erroneously
23
     sued as "Los Angeles County Department of Public Social Services," hereby stipulates
24
     that Lauren M. Black, Esq., Principal Deputy County Counsel, may be substituted-out
25
     and Leonard E. Torres, Esq., SBN 60160 and Anita Susan Brenner, Esq., of Law Offices
26
     of Torres and Brenner may be substituted-in as counsel of record for County.
27
            Ms. Brenner previously appeared *pro hac vice* in this matter. The
28

---
DEFENDANT COUNTY OF LOS ANGELES' STIPULATION AND REQUEST FOR AN ORDER APPROVING
SUBSTITUTION OF COUNSEL [NO. 4:11-cv-00492 PJH]

1 appearance of Ms. Black was to facilitate the *pro hac vice* appearance of Ms. Brenner.
2 On March 9, 2011, Ms. Brenner was admitted to the Northern District. Accordingly,
3 County of Los Angeles requests that Ms. Brenner remain as sole counsel of record in the
4 pending matter, and that Ms. Black be substituted-out as counsel of record.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel on my own behalf and on behalf of the County of Los Angeles. I am authorized to do so on behalf of Defendant County of Los Angeles in my capacity as Principal Deputy County Counsel for the County of Los Angeles.

Dated: March 16, 2011          By: /s/Lauren M. Black, Esq.
                                    Lauren M. Black, Esq.
                                    Principal Deputy County Counsel,
                                    Office of the County Counsel of Los
                                    Angeles

I consent to this substitution of counsel.

Dated: March 16, 2011          By: /s/ Anita Susan Brenner
                                    Anita Susan Brenner, Esq.,

1 | [~~PROPOSED~~] ORDER

3 | IT IS SO ORDERED.

5 | DATED: March 17, 2011



The Honorable Phyllis J. Hamilton,
UNITED STATES DISTRICT JUDGE

11 | C:\ASB-DESK\PAPAGEORGE\substitution.wpd

DEFENDANT COUNTY OF LOS ANGELES' STIPULATION AND REQUEST FOR AN ORDER APPROVING SUBSTITUTION OF COUNSEL   [NO. 4:11-cv-00492 PJH]

# PROOF OF SERVICE

Case Name: Papageorge v. Los Angeles County Department of Public Social Services
Case No.:    4:11-CV-00492 PJH

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 E. Colorado Street, Suite 614, Pasadena, California 91101.

    On **March 16, 2011**, I served the following documents regarding this action described as:

DEFENDANT COUNTY OF LOS ANGELES' STIPULATION AND REQUEST FOR AN ORDER APPROVING SUBSTITUTION OF COUNSEL

[ ]  by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Lauren Black, Principal Deputy County Counsel
Office of the County Counsel
500 West Temple Street
Los Angeles, California 90012-2713

[X]  (By Mail) I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Mail postal service on that same day with postage thereon fully prepaid at Pasadena California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on **March 16, 2011**, at Pasadena, California.

[]  (By E-mail] A true and correct copy of the above document as a "PDF" attachment was sent to the below listed e-mail addresses on the above date.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Idalia H. Guzman*
Idalia G. Guzman

---

DEFENDANT COUNTY OF LOS ANGELES' STIPULATION AND REQUEST FOR AN ORDER APPROVING SUBSTITUTION OF COUNSEL                                                      [NO. 4:11-cv-00492 PJH]

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: March __, 2011

                                                             The Honorable Phyllis J. Hamilton,
                                                             UNITED STATES DISTRICT JUDGE

C:\ASB-DESK\PAPAGEORGE\substitution.wpd

3

DEFENDANT COUNTY OF LOS ANGELES' STIPULATION AND REQUEST FOR AN ORDER APPROVING SUBSTITUTION OF COUNSEL [NO. 4:11-cv-00492 PJH]