1  KAMALA D. HARRIS
   Attorney General of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  JOSHUA N. SONDHEIMER
   Deputy Attorney General
4  State Bar No. 152000
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5615
6    Fax:  (415) 703-5480
     E-mail:  Joshua.Sondheimer@doj.ca.gov
7  *Attorneys for Defendant California Department of Social Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BASIL PAPAGEORGE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, et al.**<br><br>                              Defendants. | C 11-0492 PJH<br><br>**[Proposed] ORDER RE HEARING DATE ON ANY MOTIONS FILED BY DEFENDANT CALIFORNIA DEPARTMENT OF SOCIAL SERVICES IN RESPONSE TO COMPLAINT**<br><br><br>Trial Date      Not Set<br>Action Filed:  February 1, 2011 |

1  Pursuant to the stipulation of the parties and for the convenience of the Court, any motion
2  filed by Defendant CALIFORNIA DEPARTMENT OF SOCIAL SERVICES in response to the
3  complaint in this action shall be scheduled for hearing with regular notice on June 29, 2011, so
4  that any such motion may be heard on the same date as the pending motions to dismiss and to
5  transfer filed by Defendant COUNTY OF LOS ANGELES, or on such other date as the Court
6  may hereafter order for hearing of motions filed by defendants in response to the complaint.
7  IT IS SO ORDERED.

Dated: 4/11/11

_____
The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SF2011200392
20428907.doc

[Proposed] Order re Motion Hearing Date (C 11-0492 PJH)